**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ORINDO DORIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXSCIENTIA P.L.C., ANDREW HOPKINS, BEN R. TAYLOR, and DAVID NICHOLSON,<br><br>Defendants. | No.: 1:24-cv-05692-RMB-AMD<br><br>**NOTICE OF MOTION AND MOTION OF FRANK CAMPANILE TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: August 5, 2024** |

[Additional caption on next page]

1

| | |
|---|---|
| FRANK CAMPANILE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXSCIENTIA P.L.C., ANDREW HOPKINS, BEN R. TAYLOR, and DAVID NICHOLSON,<br><br>Defendants. | No. 1:24-CV-07181<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), movant Frank Campanile ("Movant") hereby moves the Honorable Renée Marie Bumb, United States District Judge, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an order consolidating related actions, appointing Movant to serve as Lead Plaintiff in this action and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen dated June 25, 2024 (with exhibits); (2) Memorandum of Law in support of Motion dated June 25, 2024; and (3) a [Proposed] Order.

Dated: June 25, 2024                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/ Laurence M. Rosen
                                        Laurence M. Rosen, Esq.
                                        One Gateway Center, Suite 2600
                                        Newark, NJ 07102
                                        Telephone: (973) 313-1887
                                        Fax: (973) 833-0399
                                        lrosen@rosenlegal.com

                                        *[Proposed] Lead Counsel for Plaintiff and
                                        the Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of June, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Laurence M. Rosen</u>