# Exhibit 1

 ACCESSWIRE®

Sign Up

  Back to Newsroom

# Pomerantz Law Firm Announces the Filing of a Class Action Against Exscientia p.l.c. and Certain Officers – EXAI

Friday, 26 April 2024 07:00 PM



**Pomerantz LLP**

**Topic:**    Lawsuits          Share this Article

**NEW YORK, NY / ACCESSWIRE / April 26, 2024 /** Pomerantz LLP announces that a class action lawsuit has been filed against Exscientia p.l.c. ("Exscientia" or the "Company") (NASDAQ:EXAI) and certain officers. The class action, filed in the United States District Court for the District of New Jersey, and docketed under 24-cv-05692, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Exscientia securities between March 23, 2022, and Febraury 12, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Exscientia securities during the Class Period, you have until June 25, 2024, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Exscientia in an artificial intelligence ("AI") driven Pharma-tech company that engages in the design and develop differentiated medicines for diseases with high unmet patient needs.

At all relevant times, the Company purported to ***"maintain[] the highest standards of business conduct and ethics"*** and, to that end, adopted a Code of Business Conduct and Ethics which applies to all of its employees, officers and directors, including former Chief Executive Officer ("CEO") and Director Defendant Andrew Hopkins ("Hopkins"), former Chairman of the Company's Board of Directors (the "Board") Defendant David Nicholson, and other executive and senior officers.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/ misleading statements and/or failed to disclose that: (i) Defendant Hopkins had engaged in improper relationships

Welcome to ACCESSWIRE®!



Sign Up

was inadequate to safeguard against the foregoing conduct, (iv) the foregoing failures subjected the Company to a heightened risk of disruptive leadership transitions and/or reputational harm; and (v) as a result, Defendants' public statements were materially false and/or misleading at all relevant times.

On February 13, 2024, Exscientia issued a press release "announc[ing] that its Board of Directors (the 'Board') has decided to terminate the employment of [Defendant] Hopkins as the Company's [CEO] and Principal Executive Officer, and to remove Dr. Hopkins from his role as an Executive Director of the Board, in each case for cause and effective immediately." The press release further revealed that the Board's decision was taken following an investigation which found that Defendant Hopkins had "engaged in relationships with two employees that the Board determined were inappropriate and inconsistent with the Company's standards and values." In addition, the press release indicated that during the course of the investigation, the Board learned that "[Defendant] Nicholson [. . .] had prior knowledge of the existence of the earlier of Dr. Hopkins' relationships and had addressed the situation directly, and with the involvement of other outside counsel, rather than in consultation with the Board," and "[f]ollowing discussions with the Board, on February 12, 2024 Dr. Nicholson tendered his resignation from his positions with the Company."

On this news, Exscientia's stock price fell $1.72 per share, or 22.9%, to close at $5.79 per share on February 13, 2024.

As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

Topic:  Lawsuits

 **Back to Newsroom**

# Press release distribution that gets you the engagement and visibility your brand deserves.

## Our industry-leading global news distribution is the most effective platform to reach your target audience.

**CONTACT US TODAY!**



| ABOUT | RESOURCES | CONNECT TODAY! |
|---|---|---|
| WHO WE ARE | FAQ | SALES |
| WHO WE SERVE | COMPANY SPOTLIGHT | EDITORIAL |
| CONTACT | SAMPLE PRESS RELEASE | CONTENT LICENSING |
| | PRESS RELEASE TEMPLATE | JOIN OUR NEWSLETTER |
| **PRODUCTS** | BLOG | **866-694-3099** |
| PRESS RELEASE DISTRIBUTION | | |



Sign Up

WEBCASTING

**NEWSROOM**

© 2024 ACCESSWIRE | All Rights Reserved

PRIVACY POLICY    |    TERMS OF SERVICE    |
RESPONSIBLE CLOSURE GUIDELINES    |    Status