# Exhibit 3

| Date | Description | Quantity | Symbol | Price | Commissi | Amount |
|---|---|---|---|---|---|---|
| | **Exscientia p.l.c., Loss Chart - Frank Campanile**<br>**Class Period: March 23, 2022 through February 12, 2024** | | | | | |
| 1/3/2024 | Bought 50 EXAI Jul 19 2024 5.0 Call @ 2.16 | 50 | EXAI Jul 19 2024 5.0 Call | ($2.16) | | ($10,800.00) |
| 1/3/2024 | Bought 48 EXAI Jul 19 2024 5.0 Call @ 2.02 | 48 | EXAI Jul 19 2024 5.0 Call | ($2.02) | | ($9,696.00) |
| 1/3/2024 | Bought 2 EXAI Jul 19 2024 5.0 Call @ 2.09 | 2 | EXAI Jul 19 2024 5.0 Call | ($2.09) | | ($418.00) |
| 1/11/2024 | Bought 100 EXAI Jul 19 2024 5.0 Call @ 2.60 | 100 | EXAI Jul 19 2024 5.0 Call | ($2.60) | | ($26,000.00) |
| 1/12/2024 | Bought 5 EXAI Jul 19 2024 5.0 Call @ 2.75 | 5 | EXAI Jul 19 2024 5.0 Call | ($2.75) | | ($1,375.00) |
| | | | TOTAL | | | ($48,289.00) |
| | Retained Options | 205 | | | | |
| | Retained Value at $0.40/share | | | | | $8,200.00 |
| | **LOSS** | | | | | **($40,089.00)** |