# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EXSCIENTIA P.L.C. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 1:24-cv-05692-RMB-AMD<br><br><u>CLASS ACTION</u><br><br>Filed Electronically<br><br>Motion Day: May 19, 2025<br>Judge: Hon. Renée Marie Bumb<br>Courtroom: 3D<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that on May 19, 2025, or on such date and at a time designated by the Court, Defendants Exscientia p.l.c. ("Exscientia"), Andrew Hopkins, and David Nicholson (collectively, "Defendants"), by and through undersigned counsel, will and hereby do move this Court before the Honorable Renée Marie Bumb, at the Mitchell H. Cohen Building & U.S. Courthouse for the District of New Jersey, located at 4th & Cooper Streets, Camden, New Jersey 08101, for an order dismissing with prejudice Plaintiffs' Amended Class Action Complaint and each claim asserted therein pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u, et seq. ("PSLRA").

1

This motion is based on this Notice of Motion and Motion, Defendants' Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint, the Declaration of Elizabeth M. Wright in Support of Defendants' Motion and accompanying exhibits, all filed concurrently herewith, and all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Defendants respectfully request oral argument on this Motion.

Dated: January 21, 2025                    Respectfully submitted,


By: /s/ Sarah A. Sullivan
**SAUL EWING LLP**
Sarah A. Sullivan
Alexander L. Callo
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 01702-5426
Telephone: (973) 286-6700
Facsimile: (973) 286-6800
sarah.sullivan@saul.com

**COOLEY LLP**
Brian M. French (*pro hac vice* pending)
Sarah M. Lightdale (*pro hac vice* pending)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
bfrench@cooley.com
slightdale@cooley.com

Elizabeth M. Wright (*pro hac vice* pending)
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400
ewright@cooley.com


*Attorneys for Defendants*

3