Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
sarah.sullivan@saul.com

*Attorneys for Defendants*
*Exscientia p.l.c., Andrew Hopkins,*
*and David Nicholson*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE EXSCIENTIA P.L.C. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 1:24-cv-05692-RMB-AMD<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE**<br><br>Filed Electronically |

ALEXANDER L. CALLO, hereby certifies:

1.      I am an attorney-at-law of the State of New Jersey and counsel at the law firm of Saul Ewing LLP, counsel for Defendants Exscientia p.l.c., Andrew Hopkins, and David Nicholson (collectively, "Defendants") in the above-captioned matter.

2.      On January 21, 2025, true and correct copies of (1) Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint; and (2) Certificate of Service were filed electronically with the Court, and copies of same were sent via e-mail to the following counsel:

Laurence M. Rosen
The Rosen Law Firm, P.A.
One Gateway Center, Suite 2600
Newark, NJ 07102
(973) 313-1887

*Attorneys for Plaintiff*
*Frank Campanile*

Thomas Henry Przybylowski
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
(212) 661-1100
tprzybylowski@pomlaw.com

*Attorneys for Plaintiff*
*Orindo Dorin*

3.    I hereby certify that the foregoing statements made by me are true.  I am aware

that if any of the foregoing statements made by me are willfully false, I am subject to

punishment.

Dated:  May 8, 2025                          By: _____

Alexander L. Callo