[Docket No. 26.]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

IN RE EXSCIENTIA P.L.C.
SECURITIES LITIGATION

Civil No. 24-cv-5692 (RMB) (AMD)

**ORDER**

**THIS MATTER** comes before the Court upon Defendants Exscientia P.L.C.'s, Andrew Hopkins', and David Nicholson's Motion to Dismiss the Amended Complaint, and the Court having considered Defendants' moving papers, and Plaintiffs Frank Campanile's and Robert Sullivan's opposition thereto, as well as the documents referenced in the Amended Complaint, and whereas Plaintiffs claim Defendants violated Section 10(b) of the Securities Exchange Act of 1934 and Rule 10-b for making false and misleading statements, and whereas the Court finds some of the statements that Plaintiffs challenge are inactionable or Plaintiffs have failed to plausibly allege that those statements are false and misleading, and whereas the Court finds oral argument is necessary, and for other good cause shown,

**IT IS** on this **28th** day of **August**, **2025**, hereby:

**ORDERED** that the Court **GRANTS, IN PART, AND RESERVES, IN PART,** Defendants' Motion to Dismiss (Docket No. 26); it is further

**ORDERED** that the Court **DISMISSES WITHOUT PREJUDICE** Plaintiffs' claims based on Exscientia's Code of Business Conduct and Ethics (the Code) and Defendants' statements referencing the Code in SEC filings and annual reports, see Am. Compl. ¶¶ 89-97, 106-07 (references to the Code), 108-110 (references to the Code); and it is further

**ORDERED** that the Court **RESERVES** on the remainder of Defendants' motion pending oral argument; and it is further

**ORDERED** that the Court will hold oral argument on September 16, 2025 at 11:00 AM in Courtroom 1 of the United States Post Office and Courthouse, located on the 3rd floor, 401 Market Street, Camden, New Jersey 08101; and it is finally

**ORDERED** that the Court reserves the right to supplement the record with its reasoning adjudicating the motion at a later date.

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge