IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| IN RE EXSCIENTIA P.L.C. SECURITIES LITIGATION | Civil No. 24-5692 (RMB/AMD)<br><br>**FINAL ORDER & JUDGMENT** |

**THIS MATTER** comes before Court upon its Opinion and Order [Docket Nos. 36, 37], dated October 10, 2025, granting the Motion to Dismiss the Amended Complaint by Defendants Exscientia P.L.C., Andrew Hopkins, and David Nicholson (the "Defendants") and dismissing the Amended Complaint by Plaintiffs Frank Campanile and Robert Sullivan without prejudice; and the Court having afforded Plaintiffs the opportunity to file a further amended complaint within thirty (30) days of the entry of the Court's Order dismissing the Amended Complaint; and Plaintiffs having failed to timely amend their pleadings; and Defendants having requested that the Court enter final judgment for all Defendants and have the Clerk of Court terminate this case [Docket No. 38]; and the Court having directed Plaintiffs to respond to Defendants' letter no later than November 18, 2025 [Docket No. 39]; and Plaintiffs having failed to do so; and for the reasons set forth in this Court's Opinion of October 10, 2025 [Docket No. 36]; and for good cause shown,

    **IT IS HEREBY** on this **18th** day of **December 2025**,

**ORDERED** that Plaintiffs' Amended Complaint [Docket No. 11] is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that judgment is entered against Plaintiffs and in favor of Defendants on all counts; and it is further

**ORDERED AND ADJUDGED** that this Order shall constitute a final order and judgment under Federal Rules of Civil Procedure 54 and 58, as well the parties' claims and crossclaims, if any, and all the parties' rights and liabilities have been adjudicated; and it is finally

**ORDERED** that the Clerk of the Court shall **CLOSE** the file in the above-captioned matter.

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge
